NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HERBERT McELROY,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellant,　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　Case No. 2D18-1231
　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellee.　　　　　　　)
_____)

Opinion filed October 17, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.

Herbert McElroy, pro se.


PER CURIAM.


　　　　　　Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); Hughes v.

State, 22 So. 3d 132 (Fla. 2d DCA 2009); Ward v. State, 946 So. 2d 33 (Fla. 2d DCA

2006); Macaluso v. State, 912 So. 2d 694 (Fla. 2d DCA 2005); Brown v. State, 827 So.

2d 1054 (Fla. 2d DCA 2002); Gadsen v. State, 805 So. 2d 910 (Fla. 2d DCA 2001);

Roberts v. State, 753 So. 2d 136 (Fla. 2d DCA 2000); Smith v. State, 632 So. 2d 95

(Fla. 2d DCA 1994); Brito v. State, 194 So. 3d 522 (Fla. 3d DCA 2016); Sampson v.

State, 832 So. 2d 251 (Fla. 5th DCA 2002); Paul v. State, 830 So. 2d 953 (Fla. 5th DCA

2002); <u>Woods v. State</u>, 807 So. 2d 727 (Fla. 1st DCA 2002); <u>Weford v. State</u>, 784 So. 2d 1222 (Fla. 3d DCA 2001); <u>Middleton v. State</u>, 721 So. 2d 792 (Fla. 3d DCA 1998).

LaROSE, C.J., and MORRIS and SALARIO, JJ., Concur.